RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

*Attorney for Petitioner Kurosh B. Moghaddam

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kurosh B. Moghaddam,

Petitioner,

v.

**John Mattos**, Warden of Nevada Southern Detention Center; **Ruben Leyva,** Acting Director of the Salt Lake City Field Office for Enforcement and Removal Operations of U.S. Immigration and Customs Enforcement; **Todd Lyons,** Acting Director of U.S. Immigration and Customs Enforcement; **Markwayne Mullins,** Secretary of the Department of Homeland Security; **Todd Blanche,** U.S. Attorney General,

Respondents.

Case No. 2:26-cv-03160-RFB-NJK

**Unopposed Motion for Extension of Time to File Amended Petition**

**(SECOND REQUEST)**

## POINTS AND AUTHORITIES

Petitioner Kurosh B. Moghaddam, though undersigned counsel, requests the court extend the due date for his Amended Petition up to and including November 13, 2026. This is the second request for an extension.

The Court appointed the Federal Public Defender as counsel on September 29, 2026 (ECF No. 3), and the Amended Petition is due on October 23, 2026. Petitioner seeks a three-week continuance of this deadline.

Under this Court's Order and local rules, undersigned counsel emailed counsel for the Respondents, AUSA Tamer Botros, on October 22, 2026, to confer about this request for an extension. Respondents do not oppose this request.

This motion is not filed for the purpose of delay. Undersigned counsel has been diligently working on this matter and respectfully asks this Court to extend the time to file the Amended Petition by three weeks, from October 23, 2026, to November 13, 2026. The purpose of the extension is to allow additional time research potential claims and to fully advise the client of his options.

Dated October 22, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Allie Wilson*

Allie Wilson
Assistant Federal Public Defender

**IT IS SO ORDERED.**

**DATED** this 23 day of October, 2026.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE